**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93729
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811
Attorneys for: **Defendant, ALBERT LUIS KING**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ALBERT LUIS KING<br><br>Defendant(s). | Case No.: 1:13-CR-186 AWI<br><br>STIPULATION TO ADVANCE COURT HEARING; AND ORDER THEREON |

      Defendant, ALBERT LUIS KING, by and through counsel, Peter M. Jones, and Plaintiff, United States of America, by and through counsel, Benjamin B. Wagner hereby stipulate as follows:

      That the Status Conference Date presently set for August 26, 2013, at 1:00 p.m., before the Honorable Magistrate Judge Barbara A. McAuliffe, be advanced on calendar to August 5, 2013, at 10:00 a.m. before the Honorable Anthony W. Ishi for change of plea.

Dated: July 23, 2013                  Respectfully submitted,

                                            By: /s/ Peter M. Jones
                                                 PETER M. JONES, Attorney for
                                                 Defendant, ALBERT LUIS KING

Dated: July 23, 2013                  BENJAMIN B. WAGNER, U.S. Attorney
                                                 UNITED STATES ATTORNEY'S OFFICE


                                               By: /s/ ELANA LANDAU
                                                 ELANA LANDAU
                                                 Assistant U.S. Attorney

# ORDER

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the next court Date for Defendant, ALBERT LUIS KING be advanced on calendar from the present date of August 26, 2013, at 1:00 p.m. before the Honorable Magistrate Judge, Barbara A. McAuliffe, to August 5, 2013, at 10:00 a.m. for a change of plea hearing before me.

IT IS SO ORDERED.

Dated: July 24, 2013

_____
SENIOR DISTRICT JUDGE